PER CURIAM.
Affirmed. Elsberry v. Sexton, 61 Fla. 162, 54 So. 592; Yates v. Ball, 132 Fla. 132, 181 So. 341; Mann v. Thompson, Fla.App. 1958, 100 So.2d 634; Williams v. Faile, Fla.App.1960, 118 So.2d 599; Tanenbaum v. Biscayne Osteopathic Hospital, Inc., Fla.App.1965, 173 So.2d 492; Tanenbaum v. Biscayne Osteopathic Hospital, Fla.1966, 190 So.2d 777; Buyer Finance Corporation v. Oliveros, Fla.App.1967, 196 So.2d 451; Summerfield v. Sullivan, N.Y.S.Ct.1908, 113 N.Y.S. 552; McGovern v. Madame Elize, Inc., 137 Misc. 599, 244 N.Y.S. 169; Vol. 3, Williston on Contracts, 3rd Ed., § 533A, page 808.